IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

GERALD A. KELLOGG, an Individual,  )
              )
      Plaintiff,  )      8:07CV70
              )
      v.      )
              )
NIKE, Inc., an Oregon Corporation, and )      ORDER
NIKE USA, Inc., an Oregon    )
Corporation,         )
              )
      Defendants.  )
_____ )

   This matter is before the court on the plaintiff's motion to withdraw  its appeal of an

order of the magistrate judge.  Filing No. 134.  Plaintiff has shown that the parties have

resolved the dispute.  Accordingly,

   IT IS ORDERED that:

   1.  Plaintiff's motion to withdraw its appeal (Filing No. 134) is granted;

   2.  Plaintiff's appeal (Filing No. 129) is denied as moot.

   DATED this 6th day of March, 2008.

          BY THE COURT:


          s/ Joseph F. Bataillon_____
          Chief United States District Judge