# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GERALD A. KELLOGG, An Individual,<br><br>Plaintiff,<br><br>v.<br><br>NIKE, INC., an Oregon Corporation and NIKE USA, INC., an Oregon Corporation,<br><br>Defendants. | Case No.  8:07cv70<br><br><br>**ORDER** |

Presently before the Court is the Plaintiff's Unopposed Motion to Extend the Deadline for Responding to Motions for Summary Judgment.  The Court finds that the Plaintiff has shown good cause and, therefore, the Motion is GRANTED.  The Plaintiff and Defendants shall submit their briefs in opposition to the pending motions for summary judgment (ECF 140, 143, & 146) on or before May 9, 2008.

**IT IS SO ORDERED.   Dated this 30th day of April, 2008.**

BY THE COURT:

**s/ Joseph F. Bataillon**
District Judge

Prepared and Submitted by:

Mark J. Peterson, #18850
Nora M. Kane, #21562
Victor C. Padios, #23265
STINSON MORRISON HECKER LLP
1299 Farnam Street, Suite 1500
Omaha, NE  68102
(402) 342-1700
(402) 930-1701 (facsimile)
mpeterson@stinson.com
nkane@stinson.com
vpadios@stinson.com
Attorneys for Plaintiff

DB03/810744.0002/8603423.2