# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GERALD A. KELLOGG, An Individual, | Case No. 8:07-cv-70 |
| Plaintiff, | |
| v. | **ORDER** |
| NIKE, INC., an Oregon Corporation and NIKE USA, INC., an Oregon Corporation, | |
| Defendants. | |

Presently before the Court is Defendants' Motion to Dismiss its Counterclaim of Invalidity with Prejudice Pursuant to Fed. R. Civ. P. 41(a)(2) (ECF #284). The Court finds that the Defendants' have shown good cause and, therefore, the Motion is GRANTED.

**IT IS SO ORDERED.**

Dated: September 12, 2008

BY THE COURT:

s/ Joseph F. Bataillon
Chief District Judge

1

3125523v1