IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GERALD A. KELLOGG, an Individual, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV70 |
| | ) | |
| v. | ) | |
| | ) | |
| NIKE, Inc., an Oregon Corporation, and NIKE USA, Inc., an Oregon Corporation, | ) | JUDGMENT |
| | ) | |
| Defendants. | ) | |

Pursuant to the Memorandum Opinion and Order entered this date,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of the plaintiff and against defendants for attorneys fees in the amount of $387,755.00 and for costs in the amount of $23,932.00.

DATED this 20th day of January, 2010.

BY THE COURT:


s/ Joseph F. Bataillon
Chief District Judge